FILED
2012 DEC 11 A 11: 03
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 2 80 289 MISC

| IN THE MATTER OF | ) Case Number: **WHA** |
|---|---|
| Sharon Lynn Lapin - #165919 | ) **ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT** |

TO:  Sharon Lynn Lapin

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Involuntary Inactive Enrollment pursuant to Section 6007 of the Business and Professions Code effective November 10, 2012.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before January 16, 2013,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after January 16, 2013, absent further order of this Court.

IT IS SO ORDERED.

Dated:  DEC 1 0 2012

WILLIAM ALSUP
United States District Judge

*Form updated July 2012*